UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-03995-SSC                    Date: July 21, 2026

Title      Adan Bravo Aguilar v. Warden of Adelanto ICE Detention
           Facility, et al.


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


            Teagan Snyder                                n/a
            Deputy Clerk                      Court Reporter / Recorder


   Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
            None Present                          None Present


**Proceedings:   (IN CHAMBERS) Order Directing Respondents to
Address Transfer and Jurisdiction in Answer**


        At 7:57 a.m. on July 17, 2026, Petitioner Adan Bravo Aguilar filed
this counseled petition for writ of habeas corpus by person in federal
custody pursuant to 28 U.S.C. § 2241.  (ECF 1.)  The petition alleges
that Petitioner is in immigration detention in Adelanto, California,
which is in this judicial district.  (*Id.* at 2, 4.)  However, that same day
at 10:24 a.m., Petitioner's counsel received an email notification that
Petitioner had been transferred to a different detention facility.  (ECF
8-4.)  Precisely when that transferred occurred is unclear in the record
now before the Court.  But Petitioner's counsel thereafter learned that
Plaintiff is detained in California City, California.  (ECF 8 at 2.)
California City is in Kern County, California in the Eastern District of
California, 28 U.S.C. § 84(b).  *See California City Detention Facility*,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-03995-SSC                    Date: July 21, 2026

Title      Adan Bravo Aguilar v. Warden of Adelanto ICE Detention
           Facility, et al.

U.S. Immigr. & Customs Enf't, https://www.ice.gov/detain/detention-facilities/california-city-detention-facility (last visited July 20, 2026) (listing physical address of California City Detention Facility as 22844 Virginia Boulevard California City, CA 93505).

For habeas petitions challenging physical confinement, "jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).  The Ninth Circuit has applied this district-of-confinement rule to habeas challenges to immigration detention such as this case.  *See Lopez-Marroquin v. Barr*, 955 F.3d 759, 760 (9th Cir. 2020).  Habeas jurisdiction is established at the time of filing.  *Johnson v. Gill*, 883 F.3d 756, 761 (9th Cir. 2018).  Courts are authorized to transfer an action to a court in which the action could have been brought at the time it was filed to cure lack of jurisdiction or improper venue in the interest of justice.  *See* 28 U.S.C. § 1406 (venue); 28 U.S.C. § 1631 (jurisdiction).

On July 17, 2026, the Clerk issued a notice of General Order 26-05, which sets the governing briefing schedule in this case.  (ECF 7.) The briefing schedule requires Respondents to file an answer to the petition no later than seven days from issuance of the notice.  (*Id.* at 2.) Accordingly, Respondents' answer is due no later than July 24, 2026.

Respondents are ORDERED to address the following in their response to the petition:

(1) Where Petitioner was detained at 7:57 a.m. on July 17, 2026;

(2) When Petitioner was transferred to California City; and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-03995-SSC                          Date: July 21, 2026

Title      Adan Bravo Aguilar v. Warden of Adelanto ICE Detention
           Facility, et al.

(3) Whether jurisdiction exists in the Central District of
    California.

**IT IS SO ORDERED.**

                                                                    :

                                          Initials of Preparer      **ts**